John C. Leonard, Plaintiff, Counterdefendant-Appellee, v. Frances G. Jacobs, Defendant, Counterplaintiff-Appellant.

Gen. No. 10,415.

Third District.

May 20, 1963.

Dunn & Dunn (Frank M. Brady, of counsel), and Campbell, Markowitz & Lawrence (Robert Markowitz, of counsel), all of Bloomington, for appellant; Chester Thomson, Costigan & Wollrab, of Bloomington, for appellee. Opinion by JUSTICE ROETH. Not to be published in full.